# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-3050
LT Case No. 2017-CF-001869-A

_____

PEDRO MELENDEZ, III,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
William S. Orth, Judge.

Matthew J. Metz, Public Defender, and Joseph Chloupek,
Assistant Attorney General, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Marissa V.
Giles, Assistant Attorney General, Daytona Beach, for Appellee.


November 28, 2023


PER CURIAM.

    AFFIRMED.

WALLIS, JAY, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____